AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  3:16-cv-463

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any)  *Marcellus Horton*

was received by me on (date)  January 5, 2017 .

☐ I personally served the summons on the individual at (place) _____

_____ on (date) _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with (name)  *Terrance*
*Anderson* _____ , a person of suitable age and discretion who resides there,

on (date) January 9, 2017 , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____ , who is

designated by law to accept service of process on behalf of (name of organization) _____

_____ on (date) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify):



My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00

I declare under penalty of perjury that this information is true.

Date:  January 10, 2017

*Madeline Anne Lane*
Server's signature

*Madeline Anne Lane, GA Certified Process Server*
Printed name and title  #0000284

*1391 Wendock Edge Cove, Stone Mountain, GA 30083*
Server's address

Additional information regarding attempted service, etc:
Service address is: 2095 Powers Ferry Rd SE
Apt. H
Marietta, GA 30067
Confirmed with Ruth Salgado, Ast. Mgr. of
the apartments community (business card attached)
that Marcellous Horton and Terrance Anderson
are both on lease for this unit.



**RUTH SALGADO**
Assistant Manager

rockledgeamgr@greystar.com
P 770.988.8395
F 770.988.8397

2075 Powers Ferry Road SE
Marietta, GA 30067

rockledgeatl.com

ROCKLEDGE
A RESIDENTIAL RESORT