IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

Rebecca Smith, :

    Plaintiff, :

                              Case No. 3:16cv00463

vs. :

                              District Judge Walter H. Rice

Goldberg & Stein Associates, LLC, et al., :

    Defendants. :

## CLERKS ENTRY OF DEFAULT JUDGMENT

    It appearing that Defendant, **Marcellus Horton,** is in default, having failed to plead or otherwise defend in this cause as required by law.

    Now therefore, in accordance with Rule 55(a) of the Federal Rules of Civil Procedure, Clerks Entry of Default is hereby entered against Defendant, **Marcellus Horton** this 23rd day of March, 2017.

                                            Richard W. Nagel, Clerk
                                            United States District Court
                                            Southern District of Ohio



Signature of Clerk or Deputy Clerk