# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| Rebecca Smith <br> *Plaintiff* <br> v. <br> Goldberg & Stein Associates, LLC, et al., <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 3:16-cv-463 <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: DISMISSING WITHOUT PREJUDICE ALL CLAIMS AGAINST DEFENDANT NORTH SOUTH MANAGEMENT GROUP, LLC; JUDGMENT TO ENTER ACCORDINGLY .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Walter H. Rice on a motion for

Date: 7/11/2017

CLERK OF COURT

*Sophia R. Bryant*
Signature of Clerk or Deputy Clerk